UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA
*ex rel.* SHAWN PELLETIER,

      Plaintiff,

v.                                               Case No. 3:11-cv-911-J-20JRK

CENTURY AMBULANCE SERVICE, INC.,
A Florida Corporation,                           ~~FILED UNDER SEAL~~
SOUTHERN BAPTIST HOSPITAL OF
FLORIDA, INC., MEMORIAL MEDICAL CARE
GROUP, INC., ORANGE PARK MEDICAL
CENTER, INC., and SHANDS
JACKSONVILLE MEDICAL CENTER, INC.,

      Defendants.
_____/

## ORDER

The United States, having intervened in this action for purposes of settlement pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), it is ordered as follows:

1.    The Relator's Complaint, the Relator's Amended Complaint, Government's Notice of Election to Intervene, and this Order be unsealed;

2.    The parties shall have until May 8, 2015 to file a joint motion for dismissal or other appropriate documents to close out this file;

3.    All other papers or orders on file in this matter shall remain under seal;

4.    The seal be lifted on all other matters occurring in this action after the date of this Order;

5.    All orders of this Court shall be sent to the United States.

DONE and ORDERED in Chambers, in Jacksonville, Florida on March 10, 2015.

_____
United States District Judge

Copies furnished to:

Jason P. Mehta, AUSA
George Brew, Esquire