UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA
*ex rel.* SHAWN PELLETIER,

        Plaintiff,

v.                                                     Case No. 3:11-cv-911-J-37JRK

CENTURY AMBULANCE SERVICE, INC.,
A Florida Corporation,
SOUTHERN BAPTIST HOSPITAL OF
FLORIDA, INC., MEMORIAL MEDICAL CARE
GROUP, INC., ORANGE PARK MEDICAL
CENTER, INC., and SHANDS
JACKSONVILLE MEDICAL CENTER, INC.,

        Defendants.
_____/

## **STIPULATION OF DISMISSAL**

        Plaintiff, UNITED STATES OF AMERICA ex rel. Shawn Pelletier, and Defendant, CENTURY AMBULANCE, by and through their undersigned attorneys, and pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii), hereby stipulate that the action between these Parties, having been fully compromised and settled, be dismissed and without an award of interest, costs or attorney fees.  With respect to all claims in this matter, this dismissal should be with prejudice.

        Respectfully submitted this 8th day of May, 2015.

| FOR RELATOR: | FOR PLAINTIFF: |
|---|---|
| | A. LEE BENTLEY, III |
| LAW OFFICE OF GEORGE K. BREW | United States Attorney |
| | |
|   /s/ George K. Brew |   /s/ Jason P. Mehta |
| GEORGE K. BREW, ESQUIRE | JASON P. MEHTA, ESQUIRE |
| Florida Bar No. 854379 | Assistant United States Attorney |
| 6817 Southpoint Parkway, Suite 1804 | Florida Bar No. 0106110 |
| Jacksonville, FL  32216 | United States Courthouse |
| Telephone:  (904) 354-4741 | 300 North Hogan St., Suite 700 |
| Facsimile:  (904) 354-8001 | Jacksonville, FL  32202-4270 |
| Email:  georgebrew@brewlaw.com | Telephone:  (904) 301-6244 |
| | Facsimile:  (904) 301-6310 |
| | Email:  Jason.Mehta@usdoj.gov |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2015, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant:

        George K. Brew, Esquire
        6817 Southpoint Parkway, Suite 1804
        Jacksonville, FL 32216

Copies of the attached document are also being sent via electronic mail to the following other individuals:

| | |
|---|---|
| James Roberts | Hank Coxe |
| Shands/UF Health | Bedell Law Firm |
| Counsel for Shands/UF Health | Counsel for Baptist Hospital |
| | |
| Doug Wolfberg | Alice Fisher |
| Page, Wolfberg, Wirth | Latham & Watkins |
| Counsel for Century Ambulance | Counsel for HCA-Affiliated Hospitals |

                                                    /s/ Jason P. Mehta
                                           JASON P. MEHTA
                                           Assistant United States Attorney